IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALBERT BENDER, | ) |
| *Plaintiff,* | ) ) ) ) NO. 3:07-0585 ) JUDGE HAYNES |
| METROPOLITAN NASHVILLE PUBLIC SCHOOLS, et al., | ) ) ) |
| *Defendants.* | ) |

## ORDER

Upon review of the file, the Sixth Circuit affirmed the Court's Order granting the Defendants' motion to dismiss (Docket Entry No. 93) and there are not any other claims before this Court.

This action is **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the 16th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge